UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

    vs.

ANTHONY DELANE HUDSON,

**<u>INDICTMENT</u>**

          Defendant.

_____/

    The Grand Jury charges:

## COUNT 1
### (Possession with Intent to Distribute Methamphetamine)

On or about August 21, 2019, in Kalamazoo County, in the Western District of Michigan,

Southern Division, the Defendant,

ANTHONY DELANE HUDSON,

knowingly and intentionally possessed with intent to distribute a mixture or substance containing

a detectable amount of methamphetamine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

COUNT 2
(Possession with Intent to Distribute Methamphetamine)

On or about March 12, 2020, in Kalamazoo County, in the Western District of Michigan,

Southern Division, the Defendant,

ANTHONY DELANE HUDSON,

knowingly and intentionally possessed with intent to distribute 50 grams or more of a mixture or

substance containing a detectable amount of methamphetamine, a Schedule II controlled

substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)(viii)

COUNT 3
(Possession with Intent to Distribute Methamphetamine)

On or about March 12, 2020, in Kalamazoo County, in the Western District of Michigan,

Southern Division, the Defendant,

ANTHONY DELANE HUDSON,

knowingly and intentionally possessed with intent to distribute a mixture or substance containing

a detectable amount of methamphetamine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

COUNT 4
(Possession with Intent to Distribute Methamphetamine)

On or about April 15, 2020, in Kalamazoo County, in the Western District of Michigan,

Southern Division, the Defendant,

ANTHONY DELANE HUDSON,

knowingly and intentionally possessed with intent to distribute 50 grams or more of a mixture or

substance containing a detectable amount of methamphetamine, a Schedule II controlled

substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)(viii)

TRUE BILL

_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

_____
B. RENÉ SHEKMER
Assistant United States Attorney